Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ADAK FISHERIES, LLC,

        Plaintiff,

- against -

M/V APL RUBY, et al.,

        Defendants.
------------------------------------------------------------X

07 Civ. 11491

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, ADAK FISHERIES, LLC, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

ADAK FISHERIES, LLC. is the privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       December 21, 2007

        **CASEY & BARNETT, LLC**
        Attorneys for Plaintiff

By: _/s/ Martin F. Casey_
    Martin F. Casey (MFC-1415)
    317 Madison Avenue, 21st Floor
    New York, New York 10017
    (212) 286-0225