James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
APL Co. Pte Ltd. (s/h/a APL, LTD. d/b/a American President Lines)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ADAK FISHERIES, LLC, | |
|---|---|
| Plaintiff, | |
| -against- | 07 Civ. 11491 (LBS) |
| APL RUBY her engines, boilers, tackle, etc.; and APL, LTD. d/b/a American President Lines | **NOTICE OF APPEARANCE** |
| Defendant. | |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lissa D. Schaupp of Holland & Knight LLP hereby appears in this action as counsel for APL Co. Pte Ltd. sued here as APL, LTD. d/b/a American President Lines.

All pleadings and correspondence should be served as follows:

> James H. Hohenstein
> Lissa D. Schaupp
> Holland & Knight LLP
> 195 Broadway
> New York, NY 10007
> Attorneys for Defendant
> *APL Co. Pte Ltd.*
> *(s/h/a APL, LTD. d/b/a American President Lines)*

Dated: New York, New York
April 8, 2008

HOLLAND & KNIGHT LLP

By: _____
James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Telephone: 212-513-3200
Telefax: 212-385-9010
E-mail: jim.hohenstein@hklaw.com
        lissa.schaupp@hklaw.com

Attorneys for Defendant,
*APL Co. Pte Ltd.*
*(s/h/a APL, LTD. d/b/a*
*American President Lines)*

# 5251998_v1

2