USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAK FISHERIES, LLC,

    Plaintiff,

-against-

APL RUBY her engines, boilers, tackle, etc.; and APL, LTD. d/b/a American President Lines,

    Defendant.

07 Civ. 11491 (LBS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time in which APL Co. Pte Ltd sued here as APL, LTD. d/b/a American President Lines, may answer, appear or otherwise move with respect to the Complaint is hereby extended up to and including May 9, 2008.

Dated: New York, New York
April 17, 2008

CASEY & BARNETT, LLC
Attorneys for Plaintiff, Adak Fisheries, LLC

By: _____
Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: 212-286-0225

HOLLAND & KNIGHT LLP
Attorneys for Defendant, APL Co. Pte Ltd s/h/a APL, Ltd. d/b/a/ American Presdient Lines

By: _____
James H. Hohenstein
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

SO ORDERED:

_____
U.S.D.J.
# 5276047_v1

4/21/08