Sandy J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-08

ADAK FISHERIES, LLC,

                    Plaintiff,

          -against-

APL RUBY her engines, boilers, tackle, etc.; and
APL, LTD. d/b/a American President Lines,

                    Defendant.

07 Civ. 11491 (LBS)

**STIPULATION**

          IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for the parties herein, that the time in which APL Co. Pte Ltd sued here as APL, LTD.

d/b/a American President Lines, may answer, appear or otherwise move with respect to the

Complaint is hereby extended up to and including May 23, 2008.

Dated: New York, New York
       May 8, 2008

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff, Adak Fisheries, LLC

By: _Martin F. Casey_
        Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: 212-286-0225

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant, APL Co. Pte Ltd
s/h/a APL, Ltd. d/b/a/ American Presdient
Lines

By: _____
        James H. Hohenstein
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

**SO ORDERED:**

_____
**U.S.D.J.**
# 5325065_v1