SAND/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08
```

ADAK FISHERIES, LLC,

          Plaintiff,

-against-

APL RUBY her engines, boilers, tackle, etc.; and
APL, LTD. d/b/a American President Lines,

          Defendant.

07 Civ. 11491 (LBS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time in which APL Co. Pte Ltd sued here as APL, LTD. d/b/a American President Lines, may answer, appear or otherwise move with respect to the Complaint is hereby extended up to and including June 6, 2008.

Dated: New York, New York
      May 23, 2008

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff, Adak Fisheries, LLC

By: _____
    Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: 212-286-0225

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant, APL Co. Pte Ltd
s/h/a APL, Ltd. d/b/a/ American Presdient Lines

By: _____
    James H. Hohenstein
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

SO ORDERED:

_____ Sand
U.S.D.J.
# 5358449_v1   5/28/08