James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
　　　　lissa.schaupp@hklaw.com

Attorneys for Defendant,
*APL Co. Pte Ltd s/h/a*
*APL, Ltd. d/b/a*
*American President Lines*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAK FISHERIES, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> M/V APL RUBY her engines, boilers, tackle, etc.; and APL, LTD. d/b/a American President Lines, <br><br> Defendant. | 07 Civ. 11491 (RWS) <br><br> **RULE 7.1 STATEMENT** |

　　　　I, James H. Hohenstein, attorney of record for Defendant APL Co. Pte Ltd sued here as APL, Ltd. doing business as American President Lines ("APL"), by and through its attorneys, Holland & Knight LLP, having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

APL Co. Pte Ltd is a wholly-owned subsidiary of APL (Bermuda) Ltd., which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

Dated:    New York, New York
          June 6, 2008

                                        HOLLAND & KNIGHT LLP

                                        By: _____
                                        James H. Hohenstein
                                        Lissa D. Schaupp
                                        HOLLAND & KNIGHT LLP
                                        195 Broadway
                                        New York, New York 10007
                                        Telephone: 212-513-3200
                                        Telefax: 212-385-9010
                                        E-mail: jim.hohenstein@hklaw.com
                                                 lissa.schaupp@hklaw.com

                                        Attorneys for Defendant,
                                        *APL Co. Pte Ltd s/h/a*
                                        *APL, Ltd. d/b/a*
                                        *American President Lines*

# 5322467_v1

2