USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAK FISHERIES, LLC,

        Plaintiff,

-against-

APL RUBY her engines, boilers, tackle, etc.; and APL, LTD. d/b/a American President Lines,

        Defendant.

---

07 Civ. 11491 (LBS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the aforementioned matter be and hereby is discontinued without prejudice and without costs to either party.

Dated: New York, New York
       June 11, 2008

**CASEY & BARNETT, LLC**
Attorneys for Plaintiff, Adak Fisheries, LLC

By: _____
    Martin F. Casey
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: 212-286-0225

**HOLLAND & KNIGHT LLP**
Attorneys for Defendant, APL Co. Pte Ltd s/h/a APL, Ltd. d/b/a/ American Presdient Lines

By: _____
    James H. Hohenstein
195 Broadway
New York, New York 10007
Telephone: 212-513-3200

SO ORDERED:

_____
U.S.D.J.
6/16/08

# 5399609_v1